IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FAUSTINO XAVIER BETANCOURT-COLÓN, <br><br> Plaintiff, <br><br> v. <br><br> RESTAURANTE EL PLATANAL, INC., <br><br> Defendant. | CIVIL NO.: 23-1381 (MEL) |

**JUDGMENT**

In light of the Court's order (ECF No. 14), granting the motion for voluntary dismissal with prejudice, the Court hereby enters judgment DISMISSING WITH PREJUDICE the complaint.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 20th day of March, 2024.

s/Marcos E. López
U.S. Magistrate Judge